

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-19-00411-CR

Shandon **KHABAZIAN,**
Appellant

v.

**STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8957
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Beth Watkins, Justice

On January 7, 2021, appellant filed a motion for rehearing. The motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court